IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, | : |
| Plaintiff(s), | : |
| | : Case Number: 3:14cr82 |
| vs. | : |
| | : Chief Judge Susan J. Dlott |
| Toufek Akiel Hakim, | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman filed on June 23, 2014 (Doc. 46), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 10, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's guilty plea is **ACCEPTED.**

At sentencing the defendant will be found guilty in Counts One and Two of the Information and will accept the plea agreement.

The defendant is referred to the Pretrial Services for completion of the Pretrial Diversion Program.

IT IS SO ORDERED.

*Susan J. Dlott*
Chief Judge Susan J. Dlott
United States District Court